**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| WILLIAM WESTWOOD, | § | |
|     Plaintiff | § | |
| | § | |
| V | § | CASE NO. 1:20-cv-00387 |
| | § | |
| DR. EMILY PORTER, EMILY PROTER, M.D, | § | |
| P.A., d/b/a AUSTIN LOVE DOCTOR, and | § | |
| LIFTED LOGIC FARMS, LLC. | § | |
|     Defendants. | § | |

**DEFENDANT'S NOTICE OF DEPOSITION OF**
**PLAINTIFF WILLIAM WESTWOOD**

TO:    Plaintiff, William Westwood, by and through their attorney of recorded Ed Greenberg, EDWARD C. GREENBERG, LLC, 570 Lexington Avenue, 19th Floor, New York, New York 10022

Please take notice that Defendant Lifted Logic Farms, LLC in the above styled lawsuit will take the deposition upon oral examination of Plaintiff William Westwood ('witness") on Tuesday, August 11, 2020 at 10:00 a.m. (CST)  via Videoconference.  The deposition will be conducted before a court reporter associated with VERITEXT, will continue from day to day until completed, and will be used at the trial of this matter.

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: *Kent M. Adams*
    Kent M. Adams
    Texas Bar No: 00869200
    909 Fannin Street, Suite 3300
    Houston, Texas 77010
    Telephone: 713-353-2000
    Facsimile: 713-785-7780
    Email: kent.adams@wilsonelser.com
    **Counsel for Lifted Logic Farms, LLC**

1

315493v.1

## CERTIFICATE OF SERVICE

I hereby certify the foregoing document was served on all parties of record through their counsel this 24th day of July, 2020.

/s/ Kent M. Adams
Kent M. Adams

2

315493v.1