IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WILLIAM WESTWOOD,                        §
                                         §
            Plaintiff,                   §
                                         §
v.                                       §            1:20-cv-387-RP
                                         §
DR. EMILY PORTER, et al.,                §
                                         §
            Defendants.                  §

## FINAL JUDGMENT

On January 11, 2021, the Court granted the parties' joint motion to dismiss, (Order, Dkt.

25). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of

Civil Procedure 58.

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 11, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE